UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-po-00196-CSK (Violation No. 9714373) |
| Plaintiff, | |
| v. | ORDER |
| DONALD K. WILSON, | |
| Defendant. | |

On July 9, 2024, the Court granted the United States' motion to dismiss without prejudice the above captioned case for Violation No. 9714373 issued to Donald K. Wilson. On July 19, 2024, Mr. Wilson made a payment of $265.

For the reasons provided above, IT IS HEREBY ORDERED that Mr. Wilson is to be refunded $265.

IT IS SO ORDERED.

Dated: July 22, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1