UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD K. WILSON,<br><br>Defendant. | Case No. 2:24-po-00196-CSK (Violation No. 9714373)<br><br>FINAL REFUND ORDER (ECF No. 5) |

On July 9, 2024, the Court granted the United States' motion to dismiss without prejudice the above captioned case for Violation No. 9714373 issued to Donald K. Wilson. On July 22, 2024, the Court issued a refund order and now amends its order based on additional payment information. (ECF No. 5.)

On June 17, 2024, Mr. Wilson made a payment of $265, and on July 20, 2024, Mr. Wilson made a second payment of $265, totaling $530.

For the reasons provided above, IT IS HEREBY ORDERED that Mr. Wilson is to be refunded $530 total.  This order supersedes the Court's July 22, 2024 refund order.

IT IS SO ORDERED.

Dated:  July 25, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

1